**COZEN O'CONNOR**
Valerie D. Rojas (SBN 180041)
vrojas@cozen.com
601 South Figueroa Street, Suite 3700
Los Angeles, California 90017
Telephone: (213) 892-7965
Facsimile: (213) 784-9076

**BAILEY CAVALIERI LLC**
James M. Young (*pro hac vice*)
jyoung@baileycav.com
Jacob A. Mikalov (*pro hac vice*)
jmikalov@baileycav.com
10 W. Broad St., Suite 2100
Columbus, Ohio 43215
Telephone: (614) 229-3256
Facsimile: (614) 221-0479

Attorneys for Plaintiff
Scottsdale Insurance Company

**HIRSCH CLOSSON, APLC**
Barrett B. Braun, Esq. (SBN 139159)
*bbraun@hirschclosson.com*
1600 South Main Street, Suite 325C
Walnut Creek, CA 94596
Telephone (925) 935-9800
Facsimile (925) 935-9825

Attorneys for Defendant
Veterinary Information Network, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>VETERINARY INFORMATION NETWORK, INC.,<br><br>Defendant. | CASE NO: 2:25-cv-01347<br><br>**STIPULATION FOR EXTENSION OF EXPERT DISCLOSURE DEADLINES**<br><br>Complaint Filed: May 12, 2025<br>Trial Date: Not Set |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that the case schedule be modified as follows:

| | Original Deadline | Revised Deadline |
|---|---|---|
| Affirmative Expert Disclosures | October 5, 2026 | February 8, 2027 |
| Rebuttal Expert Disclosures | November 4, 2026 | March 10, 2027 |

All other deadlines set forth in the Court's Initial Pretrial Scheduling Order (Doc. 3) shall remain the same and shall be calculated based upon the original deadlines.

AGREED AND APPROVED: HIRSCH CLOSSON, APLC

By: */s/ Barrett Braun*
Robert V. Closson
Barrett Braun
Attorneys for Defendant
VETERINARY INFORMATION NETWORK, INC.

COZEN O'CONNOR

By: /s/ *Valerie D. Rojas*
Valerie D. Rojas
Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY

IT IS SO ORDERED.

Dated: September 18, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Barrett Braun, counsel for Defendant Veterinary Information Network, Inc., and I have obtained counsel's authorization to affix their electronic signatures to this document.

By: */s/ Valerie D. Rojas*
Valerie D. Rojas